Eric Houser (SBN 130079)
Joshua H. Abel (SBN 244592)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Phone: (949) 679-1111
Fax: (949) 679-1112
jabel@houser-law.com

Attorneys for Defendant,
OCWEN LOAN SERVICING, LLC

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LUIS CRUZ, HOLBEI PEDRAZA TINOCO,<br><br>Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; AZTEC FORECLOSURE CORPORATION; and DOES 1 THROUGH 25, Inclusive<br><br>Defendants. | Case No.: 8:09-cv-00620-CJC-(SSx)<br><br>**DEFENDANT OCWEN LOAN SERVICING, LLC'S [PROPOSED] ORDER OF JUDGMENT OF DISMISSAL**<br><br>Dept.: 9B<br>Hon.: Cormac J. Carney<br><br>Complaint Filed: April 23, 2009<br>Trial Date: None |

**[PROPOSED] JUDGMENT OF DISMISSAL**

**1**

# JUDGMENT OF DISMISSAL

On June 22, 2009, the Court, having read and considered the papers presented by the parties, issued its ruling on Ocwen Loan Servicing, LLC's ("Ocwen") Motion to Dismiss Plaintiff's Complaint.  The Court found the matter appropriate for disposition without a hearing.   The Honorable Cormac J. Carney, United States District Judge was presiding.  The Court ruled as follows:  the Court granted Ocwen's Motion to Dismiss in its entirety with twenty (20) days leave to amend.

As of July 28, 2009, which is two weeks post the time allotted for plaintiffs to amend their complaint, no amended complaint has been filed.  Good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Plaintiff's entire Complaint and this action against Ocwen Loan Servicing, LLC is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED:  July 28, 2009      _____
HON. Cormac J. Carney
UNITED STATES DISTRICT JUDGE